**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

December 16, 2009

Douglas E. Cressler
Chief Deputy Clerk

Ronnie D. Lister
Lawton Correctional Facility
8607 S.E. Flower Mound Road
Lawton, OK 73501-9700
#131973

**RE:      09-6150, 09-6164, Lister v. Jones**
          District docket: 5:07-CV-00732-M

Dear Mr. Lister:

Enclosed is a copy of a final order dismissing the appeals entered today in the captioned case.

Please contact this office if you have questions.

                    Sincerely,

                    *Elisabeth A. Shumaker*

                    Elisabeth A. Shumaker
                    Clerk of the Court


cc:      Theodore M. Peeper



EAS/ao